IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-3070-KLM

DIEGO SEDILLO,

    Plaintiff,

v.

LONG VIEW SYSTEMS CO. (USA),

    Defendant.

_____

**PLAINTIFF'S MOTION FOR ATTORNEY FEES AND NON-TAXABLE EXPENSES**
_____

Plaintiff, through his undersigned counsel, respectfully submits this Motion for Attorney Fees and Non-Taxable Expenses, pursuant Fed. R. Civ. P. 54(d)(2), 42 U.S.C. § 1988(b) and (c), and 42 U.S.C. § 2000e-5(k).  In support of his Motion, Plaintiff states as follows:

**Compliance with D.C.Colo.LCivR 7.1(A):**  Plaintiff's counsel conferred multiple times with counsel for Defendant about this Motion and the underlying issues and detail.  Specifically, emails and documents were exchanged on May 6, 9, 10, 17 and 21.  Defendant's position is that Defendant does not object to the hourly rate claimed for Plaintiff's Of Counsel attorney, the law clerk or the paralegals who worked on the case.  However, Defendant made no additional stipulations.

## INTRODUCTION

On April 19, 2019, the jury returned a verdict in favor of Plaintiff on his claims for a hostile work environment in violation of Title VII and a hostile work environment in violation of 42 U.S.C. § 1981.  An Amended Final Judgment (Doc. # 77) was entered in this case on April

23, 2019. Plaintiff requested an Extension of Time to File his Motion for Attorney Fees and Related Non-Taxable Expenses through May 22, 2019 in this matter on May 7, 2019 (Doc. #82). His request for an extension of time was granted on May 8, 2019 (Doc. #83). Accordingly, the instant Motion is filed timely and in accordance with Fed. R. Civ. P. 54(d)(2).

## MOTION

Plaintiff seeks attorney fees and non-taxable costs[1] for his successful claim under Section 1981 pursuant to 42 U.S.C. § 1988(b) and (c), respectfully. Plaintiff seeks his attorney fees and costs for his successful claim under Title VII pursuant to 42 U.S.C. § 2000e-5(k).

As the Court is aware from the five-day jury trial that was held April 15-19, 2019, as well as presiding over this matter since its filing in December 2017, this was a hotly-contested case involving multiple witnesses, a retained expert, and hundreds of exhibits. Despite the emotional distress he suffered (and that the jury awarded him damages for), Plaintiff persevered to prove that the Defendant created a hostile work environment in violation of two federal statutes. Plaintiff presented the majority of his claims to the jury, and they awarded what is not a nominal amount - $50,000.00. Plaintiff is entitled to an award of reasonable attorney fees and non-taxable amounts as follows:

    **A.**    **Attorney Fees**

As set forth in detail in the attached affidavit (Ex. 1 hereto), Plaintiff's reasonable attorney fees from August 24, 2017 to May 22, 2019 totaled $418,720.00. This is for the

---

[1] Separately Plaintiff filed his Bill of Costs. Defendant then filed a Bill of Costs seeking thousands of dollars of costs against Plaintiff. On May 21, 2019, the Clerk taxed Defendant with $11,273.68 in costs for Plaintiff (Doc. No. 85). And, the Clerk found that Defendant was not the prevailing party and taxed no costs (or zero) against the Plaintiff (Doc. No. 84).

following time, as detailed in Exhibit 1 and supporting invoices:

| Timekeeper Summary | |
|---|---|
| Name | Amount |
| MWM = Meghan W. Martinez, Partner (2019) | $159,695.00 |
| MWM = Meghan W. Martinez, Partner (2018) | $80,505.00 |
| MWM = Meghan W. Martinez, Partner (2017) | $14,960.00 |
| AMB = Arielle M. Berens, Assoicate Attorney | $7,392.00 |
| CAB = Cristina A. Bahr, Associate Attorney | $2,137.50 |
| DLD = Dayna L. Dowdy, Associate Attorney | $541.50 |
| EIM = Elizabeth Imhoff Mabey, Of Counsel | $18,208.00 |
| GEM = Glen E. Matthews, Associate Attorney | $53,751.00 |
| AA = Andrea Avila, Paralegal | $465.00 |
| BR = Beth Reinhardt, Paralegal | $35,355.00 |
| CE = Charles Early, Paralegal | $24,315.00 |
| SK = Sheila Kelly, Paralegal | $14,745.00 |
| NKF = Nyah K. Francis, Law Clerk | $6,650.00 |

As the invoices reflect, these fees are reasonable and conservatively incurred. Indeed, other than for a nominal amount of time while jury instructions were argued, Plaintiff presented his case at trial with only one attorney, while Defendant had two attorneys present at every deposition and the five days of trial. Throughout the case, Plaintiff's counsel exercised appropriate (and conservative) billing judgment, while still providing diligent advocacy (i.e., supplementing discovery and disclosure responses multiple times, as third parties and others updated pertinent information in the 16 months of litigation).

The total amount of attorney fees requested is, as set forth in the attached Affidavit and invoicing, reasonable. It was computed using traditional lodestar principles: the number of hours reasonably expended and a reasonable hourly rate, multiplied by each other. *See Ramos v. Lamm*, 713 F.2d 546 (10th Cir. 1983); *Pennsylvania v. Del. Valley Citizens Council for Clean Air*, 478 U.S. 546, 564 (1986).

**B.     Non-Taxable Expenses**

Plaintiff retained Harper Hofer & Associates to serve as his expert (economist). (*See* Exhibit 1.) The total amount incurred in non-taxable expenses, and claimed herein, is **$14,251.64**.

**WHEREFORE,** Plaintiff respectfully requests that the Court award him the total amount of $432,971.64 in attorney fees and non-taxable expenses.

Respectfully submitted this 22nd day of May 2019.

>MARTINEZ LAW GROUP, P.C.
>
>By: */s/ Meghan W. Martinez*
>  Meghan W. Martinez
>  720 South Colorado Boulevard
>   South Tower, Suite 1020
>  Denver, CO 80246
>  Telephone: (303) 597-4000
>  Fax: (303) 597-4001
>  martinez@mlgrouppc.com
>
>ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May 2019, I filed and served a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR ATTORNEY FEES AND NON-TAXABLE EXPENSES** via the CM/ECF system on the following:

Brooke A. Colaizzi
Alyssa L. Levy
Sherman & Howard
633 Seventeenth Street
Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
alevy@shermanhoward.com
Attorneys for Defendant

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Beth Reinhardt*
　　　　　　　　　　　　　　　　　　　　　　　　Beth Reinhardt, Paralegal

5